**FEDERAL COURT ADMISSIONS FOR ANITA Y. MILANOVICH**

| Court | Date of Admission | Appearances | Bar Number |
|---|---|---|---|
| U.S. Court of Appeals for the Third Circuit | December 12, 2005 | 1-5/yr | N/A |
| U.S. Court of Appeals for the Sixth Circuit | October 25, 2004 | 1-5/yr | N/A |
| U.S. Court of Appeals for the Seventh Circuit | December 10, 2004 | 1-5/yr | N/A |
| U.S. Court of Appeals for the Eighth Circuit | December 2, 2004 | 1-5/yr | N/A |
| U.S. Court of Appeals for the Ninth Circuit | January 5, 2005 | 1-5/yr | N/A |
| U.S. Court of Appeals for the Tenth Circuit | September 2006 | 1-5/yr | N/A |
| U.S. Court of Appeals for the Eleventh Circuit | October 10, 2006 | 1-5/yr | N/A |
| U.S. District Court for the Southern District of Indiana | October 18, 2004 | 1-5/yr | N/A |
| U.S. District Court for the Northern District of Indiana | October 18, 2004 | 1-5/yr | N/A |
| U.S. District Court for the Northern District of Florida | August 28, 2006 | 1-5/yr | N/A |
| U.S. District Court for the Eastern District of Wisconsin | August 5, 2013 | 1-5/yr | N/A |