

P.O. Box 552
Villanova, PA 19085-0552
215-665-0842 (P)
609-932-8836 (M)
215-689-3404 (F)

zimolonglaw.com
supplementalconditions.com

Wally Zimolong, Esq.
Admitted in PA & NJ
wally@zimolonglaw.com

November 11, 2020

**Via ECF**
The Honorable Matthew W. Brann
United States District Court
 Middle District of Pennsylvania
United States Courthouse
240 West Third Street, Suite 218
Williamsport, PA 17701

**Re: Pirkle, et. al. v. Wolf, et. al.
No. 4:20-cv-02088**

Dear Judge Brann:

     I am counsel to plaintiffs in the above reference matter. Today, plaintiffs filed a Motion to Consolidate and to Expedite Case and Discovery (ECF No. 5). I write to advise the Court that I have served a copy of the Motion on opposing counsel and requested to their consent. But I have yet to receive a response. We stand ready to answer any questions the Court may have.

                                               Respectfully submitted,

                                               Wally Zimolong, Esquire