## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LaMARR PIRKLE; THEODORE DANNERTH; LAUREN DANKS; and CASEY FLYNN, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 4:20-CV-2088 |
| | : | |
| GOVERNOR THOMAS W. WOLF, in his official capacity; KATHRYN BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, | : | JUDGE BRANN |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendants Governor Tom Wolf and Secretary of the Commonwealth Kathy Boockvar in the above-referenced matter.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
John B. Dempsey (PA 88017)
jdempsey@mbklaw.com
Attorneys for Defendants, Governor
Tom Wolf and Secretary of Commonwealth
Kathy Boockvar

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date: November 11, 2020

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Entry of Appearance was served upon the following counsel of record via the

Court's ECF system on this 11th day of November 2020:

Walter S. Zimolong, III, Esquire
Zimolong, LLC
P.O. Box 552
Villanova, PA  19085-0552


/s/ Daniel T. Brier
Daniel T. Brier