In the United States District Court
For the Middle District of Pennsylvania
Williamsport Division

| | |
|---|---|
| LaMarr Pirkle, Theodore Dannerth, Lauren Danks, and Casey Flynn,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOVERNOR THOMAS W. WOLF, in his official capacity, KATHRYN BOOCKVAR, Secretary of the Commonwealth of Pennsylvania, in her official capacity,<br><br>　　　　　　　　Defendants | Case No.: 4:20-cv-02088-MWB |

AMENDED MOTION TO CONSOLIDATE AND TO
EXPEDITE DISCOVERY

In light of the passage of time and expiration of deadlines proposed in their original motion, Plaintiffs, Lamarr Pirkle, Thoedore Dannerth, Lauren Danks, and Casey Flynn (collectively "Voters") file this amended motion to withdraw their request to consolidate this matter under Fed.R.Civ.P 42(a) with the companion matter Donald J. Trump for President, Inc., et. al. v. Boockvar, et. al., No. 4:20-cv-02078-MWB and to amend their proposed case management schedule to the Court as follows:

1

- A prompt scheduling conference to establish an expedited schedule for resolution of this case;

- Entry of the following expedited schedule:

(1) All discovery requests and responses thereto, and all third-party subpoenas and responses thereto, shall be expedited and completed no later than November 18, 2020;

(2) A trial brief will be filed with the Court by all parties no later than one business day prior to the scheduled trial on the merits;

(4) An evidentiary hearing will be held the week of November 23, 2020,

(5) This Court will rule promptly on the matter after the trial on the matter.

Date: November 13, 2020                    Respectfully Submitted,

/s/ Anita Y. Milanovich
Anita Y. Milanovich (MT #12176)*
  Of Counsel
  aymilanovich@milanovichlaw.com
MILANOVICH LAW, PLLC
100 E. Broadway Street
The Berkeley Room
Butte, MT 59701
Telephone: 406/589-6856

James Bopp, Jr. (IN #2838-84)*
  jboppjr@aol.com
True the Vote, Inc.
  Voters' Rights Initiative
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: 812/232-2434

Lead Counsel for Plaintiffs
* Pro Hac Vice application granted

Walter S. Zimolong III, Esq.
ZIMOLONG, LLC
wally@zimolonglaw.com
P.O. Box 552
Villanova, PA 19085-0552
Tele: (215) 665-0842

Local Counsel for Plaintiffs

Certificate of Service

I hereby certify that on November 13, 2020, I caused the foregoing Motion to be filed with the United States District Court for the Middle District of Pennsylvania, Williamsburg Division, via the Court's CM/ECF system, which served all counsel of record.

/s/ Anita Y. Milanovich  
Anita Y. Milanovich  
Counsel for Plaintiffs