In the United States District Court
For the Middle District of Pennsylvania
Williamsport Division

| | |
|---|---|
| LaMarr Pirkle, Theodore Dannerth, Lauren Danks, and Casey Flynn,<br>　　　　　　Plaintiffs,<br>　v.<br>Governor Thomas W. Wolf, in his official capacity, Kathryn Boockvar, Secretary of the Commonwealth of Pennsylvania, in her official capacity,<br>　　　　　　Defendants | Case No.: 4:20-cv-02088-MWB<br><br>Judge Brann |

**L.R. 7.36 NOTICE OF SUPPLEMENTAL AUTHORITY**

The Third Circuit today issued *Bognet v. Secretary Commonwealth of Pennsylvania*, No. 20-3214 (attached), discussing standing relevant to Voter's Memorandum in Support of Motion for Declaratory and Permanent Injunctive Relief.

*Bognet* held voters lacked standing in a deadline-extension context under equal-protection cases, slip op. 28-29. Here, qualified, registered Voters who actually voted base their claim on the fundamental right to vote without dilution by "ballot-box stuffing" in the context of excluding election results

1

from counties with sufficient evidence of illegal votes to change or place in doubt results, so cabining concerns, slip op. 34, are absent.

Date: November 13, 2020          Respectfully Submitted,

/s/ Anita Y. Milanovich
Anita Y. Milanovich (MT #12176)*
  Of Counsel
  aymilanovich@milanovichlaw.com
MILANOVICH LAW, PLLC
100 E. Broadway Street
The Berkeley Room
Butte, MT 59701
Telephone: 406/589-6856

James Bopp, Jr. (IN #2838-84)*
  jboppjr@aol.com
True the Vote, Inc.
  Voters' Rights Initiative
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: 812/232-2434

*Lead Counsel for Plaintiffs*
* Pro Hac Vice application granted

Walter S. Zimolong III, Esq.
ZIMOLONG, LLC
wally@zimolonglaw.com
P.O. Box 552
Villanova, PA 19085-0552
Tele: (215) 665-0842

*Local Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on November 13, 2020, I caused the foregoing Notice to be filed with the United States District Court for the Middle District of Pennsylvania, Williamsburg Division, via the Court's CM/ECF system, which served all counsel of record.

*/s/ Anita Y. Milanovich*
Anita Y. Milanovich
*Counsel for Plaintiffs*
