In the United States District Court
For the Middle District of Pennsylvania
Williamsport Division

| | |
|---|---|
| LAMARR PIRKLE, THEODORE DANNERTH, LAUREN DANKS, and CASEY FLYNN,<br><br>*Plaintiffs,*<br><br>v.<br><br>GOVERNOR THOMAS W. WOLF, in his official capacity, KATHRYN BOOCKVAR, secretary of the Commonwealth of Pennsylvania, in her official capacity,<br><br>*Defendants* | Case No.: **4:20-cv-02088-MWB** |

NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), please mark the above-referenced matter dismissed without prejudice.

Dated: November 16, 2020

/s/ Walter S. Zimolong
WALTER S. ZIMOLONG
Pennsylvania Bar No. 89151
Zimolong, LLC
P.O. Box 552
Villanova, Pennsylvania 19085
(215) 665-0842
wally@zimolonglaw.com

*Local Counsel for Plaintiff*

James Bopp, Jr. (IN #2838-84)*
jboppjr@aol.com
True the Vote, Inc.

   Validate the Vote Project
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: 812/232-2434

Anita Y. Milanovich (MT #12176)*
 *Of Counsel*
 aymilanovich@milanovichlaw.com
MILANOVICH LAW, PLLC
100 E. Broadway Street
The Berkeley Room
Butte, MT 59701
Telephone: 406/589-6856