# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMARR PIRKLE, THEODORE DANNERTH, LAUREN DANKS, and CASEY FLYNN,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR THOMAS W. WOLF, in his official capacity, and KATHRYN BOOCKVAR, Secretary of the Commonwealth of Pennsylvania, in her official capacity,<br><br>Defendants. | No. 4:20-CV-02088<br><br>(Judge Brann) |

## **ORDER**

**AND NOW**, this 16th day of November 2020, in light of the Notice of Dismissal, Doc. 20, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge